# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS SEVILLA,<br><br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>CAPITAL ONE, NATIONAL ASSOCIATION,<br><br>　　　　　　　　　　Defendant. | Case No. 20cv2090-MMA-WVG<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS ACTION WITHOUT PREJUDICE FOR LACK OF SUBJECT MATTER JURISDICTION**<br><br>[Doc. No. 8] |

Upon due consideration of the parties' joint motion, *see* Doc. No. 8, the Court finds that it lacks subject matter jurisdiction over this action. Accordingly, the Court **GRANTS** the joint motion and **DISMISSES** this action **without prejudice** based on lack of subject matter jurisdiction. The Court **DIRECTS** the Clerk of Court to terminate all pending deadlines and hearings and close the case.

**IT IS SO ORDERED**.

DATE: February 2, 2021

　　　　　　　　　　　　　　　　　　*/s/ Michael M. Anello*

　　　　　　　　　　　　　　　　　　HON. MICHAEL M. ANELLO
　　　　　　　　　　　　　　　　　　United States District Judge